129 A.3d 1239

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Leon HALEY Sr., Petitioner.**

**No. 180 MM 2015.**

Supreme Court of Pennsylvania.

Jan. 21, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2016, the Application to Exceed Word Limitation is **DENIED.** Petitioner is **DI-**

**RECTED** to file a compliant Petition for Allowance of Appeal within 30 days.

Justice EAKIN did not participate in the consideration or decision of this matter.